✍ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

**08 CRIM 704**

UNITED STATES OF AMERICA   :

    -v.-   :

**NOTICE OF INTENT TO**
**FILE AN INFORMATION**

ARASELY CARABALLO,   :

    Defendant.   :

------------------------------x

*JUDGE CROTTY*

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       July 8, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

            By:  _/s/ William J. Stellmach_
                WILLIAM J. STELLMACH
                Assistant United States Attorney

AGREED AND CONSENTED TO:

            By:  _/s/ Martin J. Siegel_
                MARTIN J. SIEGEL, Esq.
                Attorney for Arasely Caraballo

USDC SDNY
DATE FILED: 7/16/08

7/16/08 WHEEL A