UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :        <u>WAIVER OF INDICTMENT</u>

      - v. -                    :

ARASELY CARABALLO,
                    Defendant.     **08 CRIM 704**

- - - - - - - - - - - - - - - - x

        ARASELY CARABALLO, the above-named defendant, who is accused of violating Title 18, United States Code, Section 1001, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      *Arasely Caraballo*
                                      Defendant

                                        Witness

                                        Counsel for Defendant

Date:   New York, New York
        July 30, 2008

0293